**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 878 MAL 2016

                  Respondent      :

                                      :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court

                      v.                   :

JILLIAN EILEEN PROPPS,          :

                  Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.